**TOWN OF LARGO, in Pinellas County, Florida, a Municipal Corporation v. HUGH RICHMOND.**

26 So. (2nd) 900                                    June Term, 1946
July 26, 1946                                              En Banc

*George L. Brown,* for Town of Largo, and *Alfred P. Marshall,* for Harold M. Esmay and Margaret W. McLaughlin, *McMullen, McMullen & Pogue* for Mrs. Myrtle Horton, a widow, John S. Taylor, Jr., Cathleen E. Long, a widow, D. L. Evans, Edward L. Helms and Lillian T. Belcher, for appellants.

*Giles J. Patterson,* for Hugh Richmond, *Harry L. Thompson,* for P. H. Fuller and DeWitt Campbell Turner, as Executor, *Erle B. Askew,* for Kilgore Groves, Inc., for appellees.

PER CURIAM:

The law of this case was settled in Richmond v. Town of Largo, 155 Fla. 226, 19 So. (2) 791. When the mandate went down, other parties were permitted to intervene, evidence was taken, and, on final hearing, the Chancellor found that the Town of Largo and certain lands in the City of Largo, which he set out in extenso, were bound for its obligations, including bonds and judgments previously entered against it.

The Town of Largo and the intervenors appealed. The appellee filed cross-assignments of error. The questions raised by the appellants were adjudicated in Richmond v. Town of

Largo, supra. The questions raised by the intervenors turn on evidence taken by the Chancellor as to liability for said obligations, and we find no reason to reverse him on this point. His judgment is accordingly affirmed.

Affirmed.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.